IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 106 -01S

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: ____________ |
| | ) | |
| v. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) and 846; |
| | ) | 18 U.S.C. §§ 2 |
| JESUS M. GONZALEZ | ) | |
| KRISTINA LAFRANCE | ) | |
| a/k/a Anna Ohoban | ) | |

FILED
JUL 25 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

Beginning on or about a date unknown to the grand jury and continuing until on or about July 23, 2007, in the District of Rhode Island, the defendants, JESUS M. GONZALEZ and KRISTINA LAFRANCE a/k/a Anna Ohoban, did knowingly, intentionally and wilfully combine, conspire, confederate, and agree with each other and with others known and unknown to the grand jury to knowingly and intentionally distribute, and to possess with intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, contrary to 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(D), all in violation of 21 U.S.C. § 846.

COUNT II

On or about July 23, 2007, in the District of Rhode Island, the defendants, JESUS M. GONZALEZ and KRISTINA LAFRANCE a/k/a Anna Ohoban, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 18 U.S.C. § 2.

COUNT III

On or about July 23, 2007, in the District of Rhode Island, the defendants, JESUS M. GONZALEZ and KRISTINA LAFRANCE a/k/a Anna Ohoban, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D), and 18 U.S.C. § 2.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: July 25, 2007