UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 07-106S
)
JESUS GONZALEZ

MOTION TO WITHDRAW

Now comes Mary S. McElroy, counsel for Jesus Gonzalez, and moves this Honorable Court to allow her to withdraw as counsel for Mr. Gonzalez. In support of this motion counsel avers the following:

1. Mr. Gonzalez has indicated that he has retained private counsel.
2. His family confirms that he has retained private counsel and that the retained attorney was expected to visit Mr. Gonzalez.
3. The family expects that attorney to enter his appearance in this matter.

For these reasons counsel requests that her motion be granted.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 2nd day of October, 2007.

/s/ Mary S. McElroy