**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Case Number: 07-106S**

**JESUS GONZALEZ**

**ENTRY OF APPEARANCE**

I, Matthew B. Smith, Esq., hereby enter my appearance on behalf of the Defendant, Jesus Gonzalez, on the above-referenced matter.

Defendant, Jesus Gonzalez
By and through his attorney,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 (Fax)

**CERTIFICATION**

I, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2007.

/s/ Matthew B. Smith, Esq.