**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**Vs.** **CRIMINAL NO: 07-106-01-S**

**JESUS M. GONZALEZ**

**ASSENTED TO MOTION TO CONTINUE**

Now comes the Defendant, Jesus M. Gonzalez, in the above-captioned matter, by and through his attorney, and moves that this Honorable Court continue the Trial Calendar Call currently scheduled for October 16, 2007 before this Honorable Court.

As grounds for this Motion the Defendant sets forth the following:

1. This matter is currently scheduled for a Trial Calendar Call on October 16, 2007 before this Honorable Court;

2. That Defendant's Counsel recently entered in the above-referenced matter and is in the process of receiving Discovery from predecessor counsel and the Government. That Counsel and the Defendant have not yet had an opportunity to review the Discovery and fairly weigh the evidence, or lack thereof, against him and, to therefore, make a reasoned determination as to whether or not to proceed to trial in the above-referenced matter;

3. That any continuance granted to the Defendant shall be excluded from the statutory requirements of the Speedy Trial Act;

4. After discussion with the Government, the Government concurs that a Trial Calendar Call in December of 2007 or any other similar time frame acceptable to the Honorable Court, is reasonable and therefore, the Defendant's Motion To Continue the Trial Calendar Call is Assented To by the Government (A.U.S.A. Sandra Beckner);

WHEREFORE, Defendant, by and through counsel, respectfully requests that the Honorable Court continue the Trial Calendar Call of the above-referenced matter currently scheduled for October 16, 2007 to a date in December of 2007 or another similar time frame acceptable and convenient to the Honorable Court.

Respectfully submitted,
Jesus M. Gonzalez,
By and through his attorney,

/s/Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {Fax}
Matthew@Verdecchialaw.com

**CERTIFICATION**

I, Matthew B. Smith, hereby certify that on this 11th day of October 2007, I filed via CM/ECF System an Assented to Motion for a new date for Trial Calendar Call. A copy of the same was sent via e-mail to Sandra Beckner, A.U.S.A.

/s/Matthew B. Smith, Esq.