IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-106-01S |
| | ) | |
| JESUS M. GONZALEZ | ) | |

MOTION FOR A PROTECTIVE ORDER

The United States moves the Court to issue a protective order prohibiting the disclosure of bank records provided to defense counsel in a letter dated January 15, 2008. Although the defense counsel will be permitted to show the records to the defendant, defense counsel and defendant are precluded from reproducing the records either in whole or in part. Defense counsel shall be responsible for maintaining custody and control of the copy of the bank records provided to him on this date by the United States. Defense counsel is precluded from the following without obtaining further order of the court:

1) showing the documents to persons other than the defendant;

2) reproducing the documents in whole or in part; and,

3) referencing the information contained in the records in further proceedings in this court or on appeal.

At the conclusion of these proceedings, defense counsel shall

shred the copy of the bank records provided to him on this date or return those records to the United States for shredding.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

SO ORDERED:

WESmith DATE: 1/16/08

WILLIAM E. SMITH
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT

CERTIFICATE OF SERVICE

On January 15, 2008, I caused the within the government's "Motion For a Protective Order" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Matthew Smith
Attorney at Law
1206 Westminster Street
Providence, Rhode Island 02909

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov