**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Case Number: 07-106-01S**

**JESUS M. GONZALEZ**

# MOTION TO WITHDRAW

Now comes Matthew B. Smith, counsel for the Defendant, Jesus M. Gonzalez, and hereby respectfully requests to withdraw as counsel from the above-captioned case for the following reasons:

1. Presently, there exists no Attorney-Client relationship that will allow counsel to effectively represent the Defendant at trial in the above-referenced criminal matter;

2. The Defendant at present refuses to meet with counsel to review the Discovery provided by the Government and refuses to discuss with counsel the facts and evidence expected at trial. Further, the Defendant indicates that he wishes to have the Honorable Court appoint another attorney to represent him;

3. The Defendant maintains that there are audio and/or video recordings of the Government's investigation of the Defendant. To date, no such recordings have been provided to counsel and the Government has represented to counsel and the Honorable Court at a Pre-Trial Conference that there are no such recordings;

4. The Defendant continues to maintain his innocence regarding the present Indictment returned against him and maintains that he does not understand why the present Indictment against him must proceed to trial and cannot simply be dismissed by the Honorable Court for a lack of evidence.

WHEREFORE, Counsel respectfully maintains that it is in the best interest of justice and in the best interest of the Defendant that Counsel be allowed to withdraw and the Honorable Court appoint new Counsel to represent the Defendant.

Respectfully submitted,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 23, 2008.

/s/ Matthew B. Smith, Esq.