UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MOTION TO CONTINE

NOW COMES the defendant, Jesus Gonzales, and through counsel, moves this Honorable Court to continue this case for an additional ninety (90) days. The defendant seeks to continue this matter in order to allow defense counsel to have Mr. Gonzalez evaluated by a neuropsychologist. Given concerns that defense counsel has had in speaking to Mr. Gonzalez, with the assistance of the interpreter, she feels that a neuropsychological exam is warranted. Defense counsel has only recently become involved again with this case after Mr. Gonzalez's privately retained attorney was permitted to withdraw. The government, through AUSA Sandra Beckner, indicated agreement to a thirty day continuance.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8). Should the court require additional information defense counsel would request a conference in this matter.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 20th day of February, 2008.

/s/ Mary S. McElroy