Honorable Judge Sir/madam.
Fleet Center
50 Kennedy Plaza 8Th floor
Providence, RHODE island 02903

RECEIVED
MAR 04 2008
Chambers of
Judge William E. Smith

Jesus M. Gonzalez.
950 high ST
Central falls Ri 02863

RE # Cr. NO. 07-106-01S

Motion To Supress

I, Jesus M Gonzalez, I'm Requesting a motion To supress any and every items product of The police seized from the apartment 80 HawKins ST, apt 2, Providence Based on a complete violation of the constitucion of america;

Where without not probable cause, not evidence or formal complain the government Broke into my apartment in clear Violation of articles of the contitution (not Search Warrant, not respect for 5Th & 6Th amendment Rights)

Where I Jesus M. Gonzalez I'm ocussing The government of Discriminatory profile and intrampnment

Jesús gonzalez
950 high ST
Central fall Ri 02863

[signature] notary
exp 9/27/08