Honorable Judge Sir/madam
Fleet Center
50 Kennedy Plaza 8th floor
Providence, Rhode island 02903

RECEIVED
MAR 0 2008
RECEIVED
Chambers of
Judge William E. Smith

Jesus M. Gonzalez
950 high ST
Central falls Ri 02863

RE # Cr NO. 07-106-01S

Motion to a Habeas Corpus

I Jesus M. Gonzalez I'm Requesting a Habeas corpus for my Realese of prison based on an acussation Without not fundament, Without evidence or probable cause;

A-) I Just Rent this apartment.
B-) the Discovery and the affidavit was adpted to made mr Jesus fit in.
C-) mr. Jesus Was not at that house at the time of the arrest (500 hundre feet away).
D-) not other Evidence accussed mr. Jesus G. of a Violation to Drug.
E-) the search in the apartment Was ilegal.
F-) the Government violated mr Gonzalez Right not calling mr. Gonzalez miranda Rights.
G-) the Government is Been Discriminatory in the case agains mr. Gonzalez.
H-) the police Recording Tapes is making Clear. that mr. Gonzalez Did not knew about the package neither was his.

Jesus M. Gonzalez.
exp 1/07/18 Linda Rizzo-notary