Honorable Judge sir / madam
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, Rhode island 02903

Jesus M. Gonzalez
950 high St
Central falls Ri 02863

RECEIVED
MAR 04 2008
Chambers of
Judge [illegible] E. Smith

RE #. Cr. No. 07-106-01S

Statement

I, Jesus m. Gonzalez, I did RENT the apartment on 80 hawkins, ST apt 2, Providence approximately for 3 weeks, When on Date 7, 23, 07 a DHL operator tried to push me to Keep a unknow and sign for it as I've Received, Which I affirmatively said not, That it may Be a mail for my Cousin I Did not non effort to Know Whom send or Whom Would Received, Which the DHL operator call the Boss and reply That he could not leave the package without a Sign them I Reply to take it Back and I tried to contact my cousin so they could talk.

I Jesus m. Gonzalez, I Was in the lemonade store Drinking a lemonade at 12:15 pm When four (4) individuos unidentify push me to the grown and hand ~~cuff [illegible]~~ Searching me completely and take me around 500 hunched feet away to the apartment

and take me into the apartment where I noticed leparice was arrested and pushed me and coersed me to talk about a situation I did not even understood and also without call my Right's mironda Searched me for (2) second time completely and without my consent Keept manipulating me and Threatment with my kid's and the time I will spent without see them.

I'm also deneing the stallment that Detective Timothy G. Sonzi Saids; Because officer Ruggiero alleged that, "I Jesus M. Gonzalez was expecting a package, and That I also offer me to sign a package That, I just Deneided and an unknow item: I affirmatively saids;" is not my package, I don't know who is it maybe my cousin them I gave the phone to speak her to see if she knew anything"

and the police wire monitoring By SFO scott mcknight was Record and worn By SFO Ruggiero is my most clear evidence of not knowledge of the situation Between me and that unknown packag

I Jesus M. Gonzalez, also never gave them non authorization to Bring me into my apartment or search my apartment as the law stablish, also police never show a search Warrant for my apartment.

Jesús Gonzalez
950 high ST
Central fall Ri 02863