UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CRIMINAL CASES: JURY

CR 07-05-01-S-LDA USA V. EUDY ANTONIO TEJADA PICHARDO
CONSPIRACY TO DISTRIBUTE COCAINE
CR 07-05-02-S LDA USA V. RICHARDO MEJIA
CONSPIRACY TO DISTRIBUTE COCAINE
CR 07-106-01-S-LDA USA V. JESÚS GONZALEZ
CONSPIRACY TO DISTRIBUTE COCAINE
CR 07-106-02-S-LDA KRISTINA LAFRANCE
CONSPIRACY TO DISTRIBUTE COCAINE
CR 07-117-S-[redacted] DLM USA V. OLUWABUSAYO OGUNDARE
FELON IN POSSESSION OF A FIRARM

CIVIL CASES: JURY

CA 06-400-S-DLM JOHN SOUZA V. TALLMAN & MACK, INC.
JONES ACT
CA 06-472-S DLM MARC BAILLARGEON V. LINCOLN EDUCATIONAL SERVICES
CORPORATION, ET AL
CIVIL RIGHTS - DISABILITIES ACT

TRIAL NOTICE

You ARE hereby NOTIFIED THAT THE Above-CAPTIONED JURY CASES Will be EMPANELED ON TUESDAY, OCTOBER 30, 2007 AT 9:30 A.M. before U.S. DISTRICT
Judge William E. SMITH Counsel MUST be PRESENT FOR EMPANELMENT OF THE JURY. AFTER EMPANELMENT, COUNSEL MUST be PREPARED TO begin TRIAL ON 24 hours NOTICE, UNLESS OTHERWISE NOTED. THE Above CASES MAY OR MAY NOT be REACHED FOR TRIAL IN THE ORDER LISTED IT IS COUNSEL'S RESPONSIBILITY TO KEEP INFORMED OF THE STATUS OF THEIR CASES. NO CHANGE IN THE STATUS OF ANY CASE WILL be ACCEPTED UNLESS immediately REPORTED TO AND APPROVED by Judge →

Counsel are directed to review all Pretrial orders to assure full compliance.
Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No Plea agreements will be honored by the Court unless submitted in writing at least one week before empanlement. See Fed. R. Crim. P. 11 (e).

2. No Pleas will be accepted by the Cour during the one week period preceding empanelment unless they have been scheduled that period.

CASE 1:07-CR-00106-S-LDA DOCUMENT 21 Filed 09/27/2007 PAGE 2 OF 2

3. Under Guidelines 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

Counsel are reminded that all exhibits should be pre-marked as stated in the applicable pretrial order and if any court equipment (i.e. overhead projectors; VCR etc.) is needed during the trial, counsel are to give Wendy Geile in the clerk's office at least 24 hours notice of what they need

All counsel must file a complete copy of their voir dire questions and in civil cases, counsel will also file a brief statement of the facts. These documents are to be filed in the clerk's office no later than October 23, 2007.

/s/William E. Smith
William E. Smith
U.S. District Judge
Date September 25, 2007