IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Cr. No. 07-106-01S |
| JESUS M. GONZALEZ | ) | |

GOVERNMENT'S MOTION TO DISMISS
DEFENDANT'S *PRO SE* MOTION TO SUPPRESS

The government moves to dismiss Defendant Jesus M. Gonzalez's *pro se* Motion to Suppress (Docket #60), because the defendant is represented by Assistant Federal Public Defender, Ms. Mary McElroy. A district court may refuse to consider the *pro se* motions filed by a represented defendant. See United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993) (holding that a district court "enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel."). In this district, the local rules allow a party to appear on his or her own behalf if that party is not represented by counsel. See Local Rule Gen 205. Since Defendant Jesus M. Gonzalez is represented by the Federal Public Defender, he is not eligible to file *pro se* motions under the local rules.

Accordingly, the Court should refuse to consider the defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on March 7, 2008, a copy of the within "Government's Motion to Dismiss Defendant's *Pro Se* Motion to Suppress" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj