UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MOTION TO PRODUCE

Now comes Jesus Gonzalez, the Defendant in the above captioned matter, and move this Honorable Court pursuant to Rule 16 of the Federal Rules of Criminal Procedure to compel the Government to produce copies of any and all recordings made during its investigation of this case. Mr. Gonzalez seeks all recordings, including but not limited to, any recordings made of telephone conversations and/or conversations between Mr. Gonzalez and any agent of the government.

Respectfully submitted
Jesus Gonzalez
By His Attorney

/s/ Mary S. McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within motion by ECF to Sandra Beckner, AUSA and to the Clerk of the Court.

/s/ Mary S. McElroy