UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MOTION FOR PROMISES, REWARDS AND INDUCEMENTS

Now comes Jesus Gonzalez, the Defendant in the above captioned matter, and move this Honorable Court pursuant to Rule 16 of the Federal Rules of Criminal Procedure to compel the Government to provide him with notice of any promises, rewards or inducements provided to any witness in this case. In support of this motion Mr. Gonzales relies on the attached memorandum of law.

Respectfully submitted
Jesus Gonzalez
By His Attorney

/s/ Mary S. McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within motion by ECF to Sandra Beckner, AUSA and to the Clerk of the Court on March 12, 2008.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MEMORANDUM IN SUPPORT OF
MOTION FOR PROMISES, REWARDS AND INDUCEMENTS

Jesus Gonzalez, the Defendant in the above captioned matter has moved that this Honorable Court order the government to provide him with notice of any promises, rewards or inducements provided to any witness in this case. Any such promises, rewards or inducements may be exculpatory and are relevant with respect to Mr. Gonzalez's guilt and/or punishment. *See Giglio v. United States*, 405 U.S. 150 (1972).

Respectfully submitted
Jesus Gonzalez
By His Attorney

/s/ Mary S. McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within motion by ECF to Sandra Beckner, AUSA and to the Clerk of the Court on March 12, 2008.

/s/ Mary S. McElroy