UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO.106S |
| JESUS GONZALEZ | : | |

MOTION FOR COMPETENCY EVALUATION

Now comes the defendant, Jesus Gonzalez, and through counsel, hereby moves this Honorable Court to order the Bureau of Prisons to conduct an evaluation of Mr. Gonzalez to determine his competency pursuant to 18 U.S.C. § 4241 & § 4247 (2007). Mr. Gonzalez submits the attached ex parte affidavit under seal in support of this motion.

Jesus Gonzalez,
By his Attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 18th day of March, 2008.

/s/ Mary S. McElroy