IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 07-106-01S |
| | ) | |
| | ) | |
| JESUS GONZALEZ | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR COMPETENCY EVALUATION

The government objects to the defendant's motion for a competency evaluation. In her motion, defense counsel failed to set forth any grounds for her motion. Moreover, the defense counsel did not state that she believed the defendant lacked competency.

Before granting a motion for a hearing to determine mental competency, the Court must find "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241. Prior to the competency hearing, the Court may order that a psychiatric or psychological examination of the defendant be conducted and filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). A copy of such a report is provided to the defense counsel and the attorney for the government. See 18 U.S.C. § 4247(c).

In this case, defense counsel filed an ex parte memorandum

in support of her motion for a competency evaluation. By setting forth the justification for her motion ex parte, defense counsel has deprived the government of the ability to properly respond to the motion or participate in the proceedings. If the defendant's motion is granted and the Court orders that an examination of the defendant be conducted, the psychiatric or psychological report generated must be provided to the government. Accordingly, there is no basis for filing ex parte the memorandum in support of the motion for a competency evaluation. The government asks that the ex parte submission of defense counsel be provided to the government so as to allow the government to properly respond to the defendant's motion.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on March 18, 2008, a copy of the within "Government's Response to Defendant's Motion for Competency Evaluation" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj