**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.s.** **CR07-106S**

**JESUS GONZALEZ**

**DEFENSE MOTION TO UNSEAL**

Now come the defendant Jesus Gonzalez by and through his counsel and moves to unseal the sealed portion of the transcript in the plea of the co defendant in this case. In support of this motion the defendant references the sealed memorandum filed in support of this motion.

Jesus Gonzalez
By his Attorney,

/s/Mary S. McElroy
10 Weybosset Street
Suite 300
Providence, RI 02903
(401)528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on March 21, 2008.

/s/ Mary S. McElroy