**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.s.** **CR07-106S**

**JESUS GONZALEZ**

## DEFENSE MOTION TO ISSUE SUBPEONA DUCES TECUM

Now come the defendant Jesus Gonzalez by and through his counsel and moves that this court allow him to issue a subpoena for the medical, mental health and substance abuse records of the government's witness in this case. In support of this motion defense counsel asserts that the mental state of the government's witness when she was arrested and when she gave a statement implicating the defendant in this case are relevant and appropriate areas for investigation as well as potential cross examination. The government has provided exculpatory evidence that lists the places at which this witness received mental health treatment.

This case involves the alleged possession with intent to deliver a controlled substance. Thereofore the witness' history of abusing controlled substances is relevant for to Mr. Gonzalez's defense. Finally those documents would contain notes and evidence of any lying and manipulation on the part of the witness or evidence of any difficulties that the witness has distinguishing reality from fiction all of which are important areas for Mr. Gonzalez to be allowed to explore in the investigation and defense of his case.

Jesus Gonzalez
By his Attorney,

/s/Mary S. McElroy
10 Weybosset Street
Suite 300
Providence, RI 02903
(401)528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on March 24, 2008.

/s/ Mary S. McElroy