IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Cr. No. 07-106-01S |
| JESUS GONZALEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO ISSUE SUBPOENA DUCES TECUM

The defendant filed a motion pursuant to Fed. R. Cr. P. 17(c) seeking to compel certain unspecified entities to produce mental health and substance abuse records relating to the co-defendant, Kristina LaFrance. Neither side has possession of these records or knows what is contained within them. It is pure supposition at this point to conclude that the mental health and substance abuse records contain impeachment material of Ms. LaFrance. Accordingly, if the Court elects to issue a subpoena for the records of Ms. LaFrance, then pursuant to Fed. R. Cr. P. 17(c), the entities subpoenaed should produce "the designated items in court before trial. . . ." Given the nature of these records, the Court should examine them <u>in camera</u>. Only if the Court determines that mental health and substance abuse records

contain impeachment material, should they be disclosed to the parties.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on March 24, 2008, a copy of the within "Government's Response to Defendant's Motion to Issue Subpoena Duces Tecum" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj