UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |
| JESUS GONZALEZ | ) | |

**RESPONSE OF DEFENDANT KRISTINA LAFRANCE TO MOTION TO ISSUE SUBPOENA DUCES TECUM FILED BY THE CO-DEFENDANT, JESUS GONZALES**

The defendant, Kristina LaFrance, responds to the motion of the defendant, Jesus Gonzalez, as follows. First, without seeing the actual requested subpoenas, the defendant is not able to determine if the breadth of the materials sought is excessive. Second, the defendant clearly has the right to move to quash any subpoena after it is issued. The defendant is entitled to notice of any such subpoena, pursuant to R.I.G.L. 5-37.3-6.1(1). Notwithstanding, both of the first two points, the defense is in agreement with the Government that if the Court allows the defendant, Jesus Gonzalez, to subpoena the records of the defendant, Kristina LaFrance, those records should first be subject to in camera review. If the Court were then to determine the release of some records was appropriate, the defendant would ask that appropriate safeguards be attached to the disclosure of these records to prevent any unnecessary dissemination of these private materials.

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 25th day of March, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA;
Mary S. McElroy

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 07-106 |
| | ) | |
| KRISTINA LaFRANCE | ) | |
| JESUS GONZALEZ | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF RESPONSE OF DEFENDANT KRISTINA LAFRANCE TO MOTION TO ISSUE SUBPOENA DUCES TECUM FILED BY THE CO-DEFENDANT, JESUS GONZALES**

For the reasons set forth in the response, the defendant LaFrance does not at this time object to the motion for a subpoena by the co-defendant, Jesus Gonzalez, without waiving her right to move to quash any such subpoena. The defendant believes that under Rhode Island General Law 5-37.3-6.1 she is entitled to notice of any such subpoena.[1]

KRISTINA LAFRANCE
By her Attorney,

/s/Robert B. Mann____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

[1] The defense will seek to facilitate the provision of this notice requirement by obtaining permission for the notice to go to counsel for the defendant, LaFrance and by agreeing to shorten the twenty day notice requirement.

**CERTIFICATION**

I hereby certify that on this 25th day of March, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Sandra Beckner, AUSA;
Mary S. McElroy

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net