UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MOTION FOR EXCULPATORY EVIDENCE

Now comes Jesus Gonzalez, the Defendant in the above captioned matter, and moves that this Honorable Court order the attorney for the government to provide the report of bail violation and the petition for revocation of bail filed in the case of United States v. Kristina LaFrance. In support of this motion Mr. Gonzales relies on the memorandum of law submitted under seal.

Respectfully submitted
Jesus Gonzalez
By His Attorney

/s/ Mary S. McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within motion by ECF to Sandra Beckner, AUSA and to the Clerk of the Court on March 27, 2008.

/s/ Mary S. McElroy