UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. NO.106S

JESUS GONZALEZ :

DEFENDANT'S RESPONSE TO
BUTLER HOSPITAL'S MOTION TO QUASH

Now comes the defendant, Jesus Gonzalez, and through counsel, responds to Butler Hospital's motion to quash the subpoena issued for the medical records of Kristina LaFrance. Butler Hospital has moved, pursuant to Federal Rule of Civil Procedure 45(c)(3)(A)(iii) as a non-party to quash the subpoena issued for the records of Ms. LaFrance.

Neither Federal nor State Law prohibit Butler Hospital from complying with the subpoena in this case in conjunction with the court's March 27, 2008 order.

1. R.I. Mental Health law does not prohibit disclosure in this case as the federal court has already ordered that Butler Hospital produce the requested records.[1] Ms. LaFrance is represented by counsel who was given the opportunity to object to the issuance of the subpoena. Her counsel filed an objection and the court issued the above-noted order in response to the concerns of Ms. LaFrance's counsel.

2. Rhode Island 's Confidentiality of Healthcare Information Act does not prohibit the disclosure of the documents sought. Ms. LaFrance and her counsel were given notice of Mr. Gonzalez's request to issue the subpoena, they responded and the court ordered the production

[1] Mr. Gonzalez, Counsel for Ms. LaFrance, and counsel for the government have agreed to proposed language for a more specific order to be entered in this case. The parties are awaiting the Judge's action on this request.

of the records. The subpoena was issued and both Ms. LaFrance and her attorney were notified of the issuance of the subpoena. The return of the subpoena was set at more than twenty days after it's issuance and notice to Ms. LaFrance, in order to comply with the notice requirements of R.I.G.L. § 5-37.3-6.1.

3. The court has ordered in camera inspection of the records. A copy of the court's docket is available on the court's website.

4. Butler Hospital does not represent Ms. LaFrance and therefore cannot object to the issuance of the subpoena on her behalf. All of Butler's other concerns have already been addressed by the court.

For these reasons Mr. Gonzalez requests that the court summarily deny Butler Hospital's motion to quash.

Jesus Gonzalez,
By his Attorney,

Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I filed and served a copy of the within on Sandra Beckner, AUSA, Kristie M. Passalacqua, counsel for Butler Hospital and Robert Mann, counsel for Kristina LaFrance on the $^{21st}$ Day of April, 2008.

/s/ Mary S. McElroy