UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| vs. | § | Criminal No. 107-SLD-106 |
| JESUS GONZALEZ, | § | |
| Defendant, | § | |

PETITION FOR A WRIT OF MANDAMUS

Comes now, Petitioner, Jesus Gonzalez, appearing in pro-se, having filed to dismiss court appointed counsel prior to this pleading, and files this, his Petition for a Writ of Mandamus, pursuant to 28 U.S.C. § 1361, and would show this Honorable Court as follows:

I.

Petitioner has been remanded to the custody of the Attorney General for an "evaluation" by questionable means and for questionable reasons, subject of pleadings to dismiss and replace counsel. This act appears "facially" to violate the Federal False Claims Act, 31 U.S.C. § 3729, to cover up the denial of "discovery" and the possible "entrapment" of Defendant, Jesus Gonzalez, which occurred on July 23, 2007. The government and "forced" court appointed counsel have refused to provide "discovery", including witness statements, in violation of Rule 15 of the Federal Rules of Criminal Procedure and Defendants 5th Amendment secured right to due process. This Court is under an obligation to assure compliance with the Rules of Criminal Procedure, pursuant to 28 U.S.C. § 453. Therefore, Defendant, Jesus Gonzalez, does invoke 28 U.S.C. § 1361, and hereby request specific action by this Honorable Court, to wit, an order for the immediate production of full discovery, including all witness statements in this matter, pursuant to the Supreme Court's holdings in Giglio v. United States, 450 U.S. 150 (1972). Further, as this action by the government may be a violation of the Rules of Professional Conduct to aid fraudulent and criminal acts, Defendant would respectfully invoke Canon 3(B)(3) of the Federal Canons Of Judicial

Conduct, with regards to the actions of the government's attorneys in this matter. Defendant hereby requests an investigation of the alleged violation of the Federal False Claims Act by the Attorney General's Office, pursuant to 31 U.S.C. § 3733, with regards to all monies requested from the Treasury Department in this matter.

Wherefore, premises considered, Defendant, Jesus Gonzalez, does file this, his Petition for a Writ of Mandamus, reminding the Court he has a right to hearings, rulings and findings of fact and law made on all his claims, pursuant to the Supreme Court's holdings in Castro v. United States, 540 U.S. 375 (2003), and would move this Honorable Court to Grant this petition, and to order the government to produce full discovery, including all witness statements for impeachment purposes and an investigation of "entrapment".

Respectfully Submitted,

Jesus Gonzalez #05913-070
FMC Fort Devens
P.O. Box 879
Ayer, MA 01432

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 29th day of April, 2008, by placing such in the inmate mail box with first class postage affixed. One copy was also provided, with sworn affidavit, to the Office of Professional Responsibility, 950 Pennsylvania Ave., N.W, Washington, D.C. 20530, Room 3525 by the same means on the same day. Defendant is indigent, and hereby requests assistance with service on the government.

Jesus Gonzlaez