# AFFIDAVIT OF JESUS GONZALEZ
# TO THE OFFICE OF PROFESSIONAL RESPONSIBILITY

My name is Jesus Gonzalez. Affiant is over the age of 18 and is competent to make the following declaration, under oath of law.

On or about July 23, 2007, DHL attempted to deliver me a package, which did not belong to me. Affiant refused delivery, wherein DHL confirmed that I was not the owner, and the identify of the owner of said package.

The government is attempting to charge me with a drug offense, based on this "act", which affiant alleges is "entrapment".

Affiant has been charged in the matter U.S. v. Gonzalez, 107-SLD-106 in the District of Rhode Island with a drug offense. Affiant has been denied "discovery" of all witness statements, which will confirm affiant is not the owner of said package.

The U.S. Attorney's Office has engaged in "collusion" with my Court appointed attorney to deny me "discovery" and filed for a psychological evaluation, allegedly, to cover up their mistakes.

Affiant asserts his belief that all monies being requested by the government in this case violate the Federal False Claims Act, based on an independent investigation by a "covert" consultant, currently working with Congress on an investigation of the Devens Medical Center for Federal Prisoners.

Affiant hereby requests specific action, pursuant to 5 U.S.C. § 702, Administrative Procedures Act, an investigation pursuant to 31 U.S.C. § 3733, Federal False Claims Act, of these issues.

The mental health code is not to be used as a tool of crime, nor deprivation of rights secured by the U.S. Constitution, to wit, due process or confrontation, yet appears facially to be the case in this matter.

Affiant has filed, pro-se, to dismiss and replace counsel, and to request a writ of mandamus to the District Court Judge to provide full discovery, pursuant to 28 U.S.C. § 1361, a copy of which affiant encloses herein.

All allegations of "fact" contained herein are true and correct, to the best of affiant's knowledge, sworn to under penalty of law with affiant's signature affixed, pursuant to 28 U.S.C. § 1746. Further, affiant sayeth naught:

Date: 4/26/08

Jesús Gonzalez Declarant
Jesus Gonzalez

cc: file/consultant