BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member) **Psychology Staff** | DATE: **4/26/08** |
| FROM: **Jesus Gonzalez** | REGISTER NO.: **05913-070** |
| WORK ASSIGNMENT: **n/a** | UNIT: **N-5** |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

**Please be advised that I have filed to dismiss and replace my court appointed attorney. Please notify the Court in Rhode Island that I have no intention of taking any tests, or cooperating with any of your staff, due to my belief that my case is "entrapment" and the issues of incompetent counsel. Please arrange for me to be returned to Court, so we can conduct a hearing on my pleadings to dismiss and replace counsel. I believe you are being "tampered" with by the government to cover up "entrapment" and the denial of discovery by the Court and government. I also believe you are under investigation by Congress and multiple Federal Agencies for fraud. For these reasons, I hereby serve you this notice, in writing. Pursuant to 5 U.S.C. § 702, Administrative Procedures Act, I hereby request specific action, to wit, a written response to these requests and demands on official documents and that you notify my court of this request A.S.A.P.**

**Thank You!!!** **Jesus Gonzalez**

**cc: file/?**

(Do not write below this line)

DISPOSITION:

| | |
|---|---|
| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94