UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MOTION TO CONTINUE

NOW COMES the defendant, Jesus Gonzales, and through counsel, moves this Honorable Court to continue impanelment and time for filing pretrial motions for an additional thirty (30) days. The defendant seeks to continue this matter for the following reasons:

1. Defendant is currently at Fort Devens being evaluated for competence.
2. A report from the physician at Fort Devens is not anticipated until *after* the trial calendar call on this case and *after* the time lapses for defendant to file pre trial motions.
3. Once defense counsel receives the report she needs time to review the report and to consult with her own expert to determine if competence remains an issue for Mr. Gonzalez.
4. Once defense counsel receives the report she needs time to consult with Mr. Gonzalez provided he is competent and willing to communicate with defense counsel.
5. Mr. Gonzalez is still at Fort Devens and has not been available to meet with defense counsel.
6. Mr. Gonzalez has filed a motion to release counsel and the issue of his representation needs to be resolved.
7. Counsel needs to prepare and file pre trial motions but cannot do so without consulting with a *competent* defendant.

8. The convenience of the government or its witnesses does not trump Mr. Gonzalez's right to be competent and to the effective assistance of counsel.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8) and also under 18 U.S.C. § (h)(1)(H).

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 13th day of May, 2008.

/s/ Mary S. McElroy