**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.s.** **CR07-106S**

**JESUS GONZALEZ**

**DEFENSE MOTION TO ISSUE SUBPEONA DUCES TECUM**

Now come the defendant Jesus Gonzalez by and through his counsel and moves that this court allow him to issue additional subpoenas for the medical, mental health and substance abuse records of the government's witness in this case. In support of this motion defense counsel relies upon the attached memorandum provided under seal.

Jesus Gonzalez
By his Attorney,

/s/Mary S. McElroy
10 Weybosset Street
Suite 300
Providence, RI 02903
(401)528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on May 23, 2008.

/s/ Mary S. McElroy