UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MOTION TO CONTINUE

NOW COMES the defendant, Jesus Gonzales, and through counsel, moves this Honorable Court to continue the competency hearing scheduled for May 29, 2008 for a period of two weeks. In support of this motion defendant relies on the attached memorandum of law.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 28th day of May, 2008.

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MEMORANDUM IN SUPPORT OF
MOTION TO CONTINUE

Jesus Gonzalez has filed a motion to continue the competency hearing currently scheduled in this case. In support of this motion Mr. Gonzalez asserts that counsel received a copy of the competency evaluation performed at Fort Devens in the afternoon on May 23, 2008. Counsel has retained an expert to evaluate the report. The short time between receipt of the report and the scheduled hearing has not allowed adequate time for the expert to complete evaluation of the report and consult with counsel.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 28th day of May, 2008.

/s/ Mary S. McElroy