**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**June 17, 2008 Calendar Call**

**CRIMINAL CASES**

CR07-106-01S-LDA USA v. Jesus Gonzalez
Conspiracy with intent to Distribute Cocaine
CR08-25-01S-LDA USA v. William Melvin
Bank Robbery
CR08-35-01S-DLM USA v. Elvis Fortes
Possession with Intent to Distribute Cocaine
CR08-40-01S-DLM USA v. Charles Chavarria
Illegal Re-Entry

**CIVIL CASES**

CA06-478S-LDA John MacArthur v. O'Connor Corporation, et al
Personal Injury
CA07-331S-DLM Enid Bonilla v. Electrolizing, Inc.
Employment Discrimation

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on July 1, 2008 to be tried in the order listed. The calendar will be called on **June 17, 2008** at 9:00 a.m. Juries will be empaneled on July 1, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: June 2, 2008

Please notify Clerk's Office if any counsel of record have not been notified.