UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MOTION TO CONTINUE

NOW COMES the defendant, Jesus Gonzales, and through counsel, moves this Honorable Court to continue impanelment and time for filing pretrial motions for an additional thirty (30) days. The defendant seeks to continue this matter for the following reasons:

1. The issue of Mr. Gonzalez's competence to stand trial has not yet been resolved by this court. The time required to evaluate Mr. Gonzalez and for the court to make a final determination of competence is excluded by the Speedy Trial Act.

2. Defense counsel has not yet received all of the records authorized by this court with respect to the government's witness. Defense counsel needs to review these records and possibly litigate the admissibility of some of these records.

3. Mr. Gonzalez has filed motions to remove counsel and the issue of his representation is still undecided.

4. Mr. Gonzalez has not cooperated with defense counsel to investigate and to prepare a defense.

5. Efforts in Mr. Gonzalez's defense have been directed toward issues of competence and establishing a relationship with him. Additional time is needed to prepare for trial.

6. Counsel needs to prepare and file pre trial motions but cannot do so without consulting

with a *competent* defendant.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 U.S.C. §3161(h)(8) and also under 18 U.S.C. § (h)(1)(H).

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 11th day of June, 2008.

/s/ Mary S. McElroy