UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MOTION TO EXTEND TIME FOR
FILING PRETRIAL MOTIONS

NOW COMES the defendant, Jesus Gonzales, and through counsel, moves this Honorable Court to continue the time for filing pretrial motions until July 29, 2008 in the above captioned case. In support of this motion the defendant asserts that the case has been continued until August 2008. Further the issue of competence is yet undecided. Defense counsel needs additional time to consult with a competent client prior to filing pretrial motions.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 20th day of June, 2008.

/s/ Mary S. McElroy