IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-106-01S |
| | ) | |
| JESUS GONZALEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND TIME

The defendant filed a motion to continue the deadline for filing pretrial motions until July 29, 2008. Jury selection in this case is set for August 5, 2008. If the motions deadline is continued until July 29, 2008, the government will not have 10 days in which to respond to defense motions prior to empanelment as provided for in the local rules. Accordingly, while the government does not object to a continuance of the motions deadline, the government asks that the deadline be set at July 22, 2008 so as to allow time for the government to respond and a hearing to be held prior to empanelment.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on June 24, 2008, a copy of the within "Government's Response to Defendant's Motion to Extend Time for Filing Pretrial Motions" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj