UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

MOTION TO WITHDRAW

Now comes Mary S. McElroy, counsel for Jesus Gonzalez, and moves this Honorable Court to allow her to withdraw as counsel for Mr. Gonzalez. In support of this motion counsel avers the following:

1. Mr. Gonzalez has asked that she withdraw.
2. Defense counsel incorporates by reference all of the evidence adduced at the hearings in this case with respect to Mr. Gonzalez's competence to stand trial.
3. Mr. Gonzalez does not trust that counsel is acting in his best interest and as such is unable to cooperate in the preparation of his defense.
4. This has caused an irreconcilable breakdown of the relationship between Mr. Gonzalez and counsel.
5. Counsel cannot at this point provide effective representation of Mr. Gonzalez.

For these reasons counsel requests that her motion be granted.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 25th day of June, 2008

/s/ Mary S. McElroy