UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

MOTION TO UNSEAL

Now comes Jesus Gonzalez, the Defendant in the above captioned matter, and moves this Honorable Court to unseal the June 12, 2008 transcript of the testimony of Dr. Christine Scronce as well as the June 18, 2008 transcript of the testimony of Dr. Catherine Ayoub for the limited purpose of providing a copy to counsel. These transcripts are to be unsealed and delivered to the attorneys involved as well as the Court for purposes of preparing for trial in this matter, the original transcripts should remain under seal.

Respectfully submitted
Jesus Gonzalez
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra R. Beckner, AUSA and the United States Probation Office on the 26th day of June 2008.

/s/ Mary S. McElroy