UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | | |

**MOTION IN LIMINE**

The defendant, Jesus Gonzalez, respectfully moves this Honorable Court for an order in limine precluding the government or any of its witnesses from introducing evidence of or making reference to the following:

1. The bank deposit slips seized from Mr. Gonzaelz's vehicle or any of the bank records provided in discovery.
2. The statements by Ms. LaFrance that she used drugs with Mr. Gonzalez.
3. The mail receipts seized from Mr. Gonzalez's Ford Crown Victoria.
4. The notice of demand for non payment of rent seized from Mr. Gonzalez's vehicle.
5. The W-2 forms seized from Mr. Gonzalez's vehicle.

In support of this motion Mr. Gonzalez asserts that the above listed evidence is irrelevant to the charges in this case. None of the evidence would have any tendency to make the existence of any fact that is of consequence to the determination of the action in this case more probable or less probable. *See* Federal Rules of Evidence Rule 401, 402 and 403. As such all of the above noted evidence should be excluded by the court.

Respectfully submitted.

JESUS GONZALEZ
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 21st day of July, 2008

/s/ Mary S. McElroy