UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-106S |
| | ) | |
| JESUS GONZALEZ | ) | |

---

MOTION TO PRODUCE

Now comes Jesus Gonzalez, the Defendant in the above captioned matter, and moves this Honorable Court pursuant to Rule 16 of the Federal Rules of Criminal Procedure to order the government to produce any and all notes of agents made during the conversation that Detective Ruggiero had with Mr. Gonzalez and which was listened to by other agents. In support of this motion Mr. Gonzalez asserts that the conversation between himself and Detective Ruggiero was being listened to by other agents through a wire.

Respectfully submitted
Jesus Gonzalez
By His Attorney

/s/ Mary S. McElroy
Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset Street
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I caused a copy of the within motion by ECF to Sandra Beckner, AUSA and to the Clerk of the Court on July 21st 2008.

/s/ Mary S. McElroy