IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-106-01S |
| | ) | |
| JESUS GONZALEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO PRODUCE

The defendant's motion should be denied because the government has complied with its discovery obligations. Any of the defendant's statements made to Detective Ruggiero before the delivery of the package are reflected in Detective Ruggiero's July 24, 2008 report already provided in discovery. In addition, the government has provided the defense with the witness statements or reports of the other officers in advance of trial.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on August 1, 2008, a copy of the within "Government's Response to Defendant's Second Motion to Produce" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Judith Crowell
Attorney at Law
128 Dorrance Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj