EXHIBIT 1

## WITNESS AND CERTIFICATION AFFIDAVIT

STATE OF NEW YORK

COUNTY OF ONEIDA

Jessica Cook-Duerr being duly sworn, and also under the penalties of perjury, hereby swears that the following information is true:

1. I am employed by Bank of America (hereinafter referred to as the Company), located at 5701 Horatio St., Utica, NY 13502.

2. My position/title at the company are: **Operations Team Lead**
**Legal Order Processing**

3. I have been designated by the company to search for, produce and authenticate the records which are being provided simultaneous with the Affidavit. I have made a thorough search and the records being provided are all that exist, unless stated otherwise.

4. I hereby certify that these records are:

   a) kept in the ordinary course of the business of the Company;

   b) it is the regular course of business of the Company to keep such records and;

   c) these records are made contemporaneous with the event which they purportedly report.

Jessica Cook

**Jessica Cook-Duerr**
**Operations Team Lead**

Sworn to before me this
27th day of July, 2007.

Denise D. Gage

**Notary Public**

DENISE D. GAGE
Notary Public, State of New York
Qualified in Herkimer County
No. 01GA6052280
My Commission Expires 12/11, 20 10