Bank of America

EXHIBIT 2

Bank of America NA
Subpoena Processing #5473
Mail Code CA9-705-05-19
PO Box 3609
Los Angeles CA, 90051

DECLARATION OF CUSTODIAN OF RECORDS Date: September 5, 2007

SANDRA R. BECKNER, AUSA
UNITED STATES ATTORNEY'S OFFICE
50 KENNEDY PLAZA, 8TH FLOOR
PROVIDENCE, RI 02903

RE: ACCT# 11678-42199
Legal Order Type: Grand Jury Subpoena Reference: 2435-27AUG07

Agency Case Number: 2007R00176 Date Served: August 27, 2007

I, Francisco A.Valerio declare that I am employed by Bank of America N.A. in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A) Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B) Kept in the course of regularly conducted activity.

C) Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identity of the records produced are as follows: Statements, Checks, Deposits

The enclosed records are true copies of bank records in the custodian's possession as described in the referenced legal order. I am familiar with the mode of preparation of the enclosed records and they are prepared as follows:

Bank of America

Page 2
September 5, 2007

RE: ACCT# 11678-42199 Reference: 2435-27AUG07

Legal Order Type: Grand Jury Subpoena Date Served: August 27, 2007

STATEMENTS: Each statement was prepared after the closing date of the account cycle as indicated on the statement. The statement reflects debits (from checks, point of sale, ATM and teller withdrawals, fees, etc.) and credits (deposits, etc.) to the account during the period covered by the statement.

CHECKS: The checks drawn on customers's account were presented to the Bank. While processing the item, a microfilm image of the front and back of the item was taken in the sequence the item was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the check.

WITHDRAWALS and DEPOSITS: Withdrawals and deposits are processed by the Bank at a central processing center. When the transaction was processed, a microfilm image of the front and back of the item was taken in the sequence the transaction was processed. The Bank stored the microfilm in a secure facility. In response to this subpoena, the Bank retrieved the microfilm reel and produced an image of the item.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 05 day of September, 2007, in the City of Los Angeles, State of California.

If you have any questions,please contact Subpoena Processing at (213) 240-6636 and provide the reference number listed.

Francisco A.Valerio
Operations Team Manager
4G440B

PBAK:2