EXHIBIT A

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

A 1998 Silver Mercedes-Benz, Rhode Island Registration 766400, Vehicle Identification Number ("VIN") WDBJF6SF4WA610375

**SEARCH WARRANT**

CASE NUMBER: 1:07M77A

TO: Any Authorized Investigator/Special Agent, FBI/HIDTA and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Agent Richard Ruggiero who has reason to
Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)
A 1998 Silver Mercedes-Benz, Rhode Island Registration 766400, Vehicle Identification Number ("VIN") WDBJF6SF4WA610375

in the ______ District of Rhode Island there is now concealed a certain person or property, namely (describe the person or property)

Documents, ledgers, books, photographs, receipts, United States currency, narcotics, narcotics equipment, narcotics paraphernalia, and/or other property which is evidence of a criminal offense.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 5, 2007
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night as I find reasonable cause has been established~~), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LINCOLN D. ALMOND as required by law.
U.S. Judge or Magistrate

7/26/07 1:30 PM at Providence, RI
Date and Time Issued / City and State

LINCOLN D. ALMOND
Name and Title of Judicial Officer

Signature of Judicial Officer

AO106 (Rev. 12/03) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)
A 1998 Silver Mercedes-Benz, Rhode Island Registration 766400, Vehicle Identification Number ("VIN") WDBJF6SF4WA610375

APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

Case Number: 1:07M77A

I, Richard Ruggiero being duly sworn depose and say:

I am a(n) Task Force Agent, FBI/HIDTA and have reason to believe
Official Title

that ☐ on the person of or ☑ on the property or premises known as (name, description and/or location)
A 1998 Silver Mercedes-Benz, Rhode Island Registration 766400, Vehicle Identification Number ("VIN") WDBJF6SF4WA610375

in the ______ District of RHODE ISLAND

there is now concealed a certain person or property, namely (describe the person or property to be seized)
Documents, ledgers, books, photographs, receipts, United States currency, narcotics, narcotics equipment, narcotics paraphernalia, and/or other property

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence of a criminal offense,

concerning a violation of Title 21 United States code, Section(s) 846
The facts to support a finding of probable cause are as follows:

See attached Exhibits A and B.

Continued on the attached sheet and made a part hereof: ☑ Yes ☐ No

[signature]
Signature of Affiant

Sworn to before me and subscribed in my presence,

7/26/07 at Providence, RI
Date City State

LINCOLN D. ALMOND
Name of Judge Title of Judge

[signature]
Signature of Judge

Exhibit A

# AFFIDAVIT

1. I, Richard Ruggiero, am a Task Force Agent with the High Intensity Drug Trafficking Area Task Force (HIDTA), currently employed by the Providence Police Department, Providence, Rhode Island. As a task force agent, I am empowered by Title 21, Section 878 of the United States Code to effect arrests, searches, and seizures for violations of the federal narcotics laws.

2. The following information is based upon my personal knowledge as well as information provided to me by other agents and is presented as probable cause to search the 1998 Mercedes-Benz registered to Jesus M. Gonzalez, RI registration 766400, VIN # WDBJF65F4WA610374. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every fact known regarding the instant investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

3. The vehicle to be searched is a 1998 Mercedes-Benz registered to Jesus M. Gonzalez, RI registration 766400, VIN # WDBJF65F4WA610374. As of 11:00 a.m. on July 26, 2007, the vehicle is parked in the driveway of the residence of Jesus M. Gonzalez located at 80 Hawkins Street, 2nd Floor Apartment, Providence, Rhode, Island.

4. On July 23, 2007, members of the HIDTA task force obtained a federal arrest warrant for Jesus M. Gonzalez and Katrina LaFrance. The arrest warrant was issued based upon a complaint and affidavit establishing probable cause to believe Jesus M. Gonzalez [hereinafter GONZALEZ] and Kristina LaFrance [hereinafter LAFRANCE] violated 21 U.S.C. § 841(a)(1) (Possession of cocaine and marihuana with the intent to distribute) and 21 U.S.C. § 846 (Conspiracy to distribute cocaine). That complaint and affidavit are attached to this search warrant application as Exhibit B and the facts set forth in that affidavit are relied upon by your

affiant in seeking a search warrant in this case.

5. On ~~January~~ July RP 23, 2007, during the controlled delivery of the DHL package containing marihuana and cocaine to GONZALEZ and LAFRANCE, law enforcement observed a 1998 Silver Mercedes-Benz parked in the driveway of 80 Hawkins Street, Providence, Rhode Island. Upon conducting a registration check of that vehicle, law enforcement learned that the vehicle was registered to GONZALEZ. Through a visual inspection of the vehicle after the arrest of GONZALEZ, your affiant verified that the VIN # associated with the 1998 Silver Mercedes registered to GONZALEZ matched the VIN # of the vehicle parked at 80 Hawkins Street. Since the arrest of GONZALEZ, periodic surveillance of the vehicle has established that the vehicle does not appear to have been moved and remains in the driveway of 80 Hawkins Street.

6. On July 25, 2007, your affiant received a call from a Task Force Agent Dennis Smith with the U.S. Drug Enforcement Administration (DEA) taskforce. TFA Smith informed your affiant that he had been investigating GONZALEZ for narcotics trafficking. Specifically, TFA Smith informed your affiant that within the last three weeks he received information from a confidential source (CS #1) that GONZALEZ was a large-scale cocaine trafficker who could obtain 3 to 4 kilograms of cocaine at a time. CS #1 stated that GONZALEZ received cocaine via the mail and had also obtained cocaine from New York. CS #1 had provided reliable information in other investigations that law enforcement was able to corroborate. In this case, TFA Smith was able to corroborate CS #1's information regarding GONZALEZ's Crown Victoria and its plate, as well as CS #1's information regarding the Silver Mercedes and its plates. Based upon CS #1's information, law enforcement arranged for CS#1 to meet with GONZALEZ on two occasions over the past three weeks. On both occasions, under the surveillance of law enforcement, CS#1 met with GONZALEZ, who arrived to the meeting in the Silver Mercedes. During these meetings, CS #1 and GONZALEZ discussed future cocaine transactions in which GONZALEZ would supply CS #1 with cocaine.

7. Also, on July 25, 2007, your Affiant received a call from a Detective Andre Perez with the Providence Police Department. Detective Perez informed your affiant that he had a confidential source (CS #2) who informed him within the last two weeks that GONZALEZ was trafficking in significant quantities of cocaine. Specifically, CS #2, who indicated that he or she had a close relationship with GONZALEZ, informed Detective Perez that GONZALEZ met drug dealers at bars in Rhode Island, and that he used the Silver Mercedes to deliver drugs on Thursdays. CS #2 also stated that GONZALEZ used a Crown Victoria to travel to New York for the purchase of narcotics on Mondays or Tuesdays. The information provided by CS #2, including vehicle information, license plate information, and information regarding GONZALEZ's activities, has been corroborated through surveillance.

8. I have served with Providence Police Department for 13 years, of which 7 of those years were spent in the Narcotics and Organized Crime Unit where I was responsible for investigating narcotics offenses. I have attended various in-service courses and seminars on matters relating to illicit drug trafficking. During my 13 years as a law enforcement officer, I have participated in numerous drug investigations, either as a case agent or in various support roles. Furthermore, I have debriefed numerous informants and sources of information concerning the techniques used by narcotics traffickers to acquire, transport, and distribute their product and to dispose of the proceeds amassed from their illicit activities. As a narcotics detective, I have routinely been required to conduct surveillance, work with cooperating individuals, work undercover, and coordinate with other law enforcement agencies in the investigation of drug traffickers. Through my undercover work, I have had direct contact with drug traffickers on multiple occasions that ultimately resulted in the purchase of narcotics from those traffickers.

9. Based on my training and experience and on my participation in this investigation, I know the following:

a. Drug traffickers very often place assets in names other than their own to avoid detection of these assets by government agencies;

b. Although these assets are in other persons names, the drug dealers actually own and continue to use these assets and exercise dominion and control over them;

c. Drug traffickers frequently maintain, on hand, large amounts of United States currency in order to maintain and finance their ongoing narcotics business;

d. Drug traffickers frequently maintain books, records, receipts, notes, ledgers, airline tickets, money orders, and other papers relating to the transportation, ordering, sale and distribution of controlled substances; drug traffickers commonly consign controlled substances to their clients and transporters; that the aforementioned books, records, receipts, notes, ledgers, etc. are maintained where the traffickers have ready access to them;

e. It is common for drug traffickers to secrete contraband, proceeds of drug sales, and records of drug transactions in secure locations within their residences, out buildings, sheds, hidden compartments in vehicles and/or their business locations for their ready access and to conceal them from law enforcement authorities;

f. Persons involved in drug trafficking conceal in their vehicles, residences, and businesses controlled substances, large amounts of currency, financial instruments, precious metals, jewelry, and other items of value and/or proceeds of drug transactions; and evidence of financial transactions relating to: obtaining, transferring, secreting, or the spending of large amounts of money made from engaging in narcotics trafficking activities;

g. Drug traffickers amass large proceeds from the sale of drugs that the drug traffickers attempt to legitimize these profits; to accomplish these goals, drug traffickers utilize domestic banks and their

attendant services, securities, cashiers checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations, and business fronts;

h. Drug traffickers commonly keep in books or on papers: names, addresses and telephone numbers of their associates in the illicit trafficking business;

i. Drug traffickers often carry weapons to protect themselves and their controlled substances from theft by other trafficking organizations and seizure by law enforcement agencies;

j. Drug traffickers often use cellular telephones, two-way radios and other forms of electronic communications to contact their associates, place orders for narcotics and control the delivery of illegal contraband.

10. It is the belief of your Affiant and he hereby charges that there is secreted on and/or in the 1998 Mercedes-Benz registered to Jesus M. Gonzalez, RI registration 766400, VIN # WDBJF65F4WA610374, documents, ledgers, books, photographs, receipts, U.S. Currency, narcotics, equipment, paraphernalia, and/or property which constitutes evidence of the criminal offense of Conspiracy to Possess With Intent to Distribute Cocaine and Marihuana, in violation of 21 U.S.C. § 846. Based on the information set forth in this affidavit and the affidavit attached as Exhibit B, your Affiant asks that the Court order the requested search warrant to be issued.

Richard Ruggiero, Task Force Agent
High Intensity Drug Trafficking Area Task Force

Sworn and subscribed to before me this the 26th day of July, 2007 at Providence, Rhode Island.

Lincoln D. Almond
United States Magistrate Judge
United States District Court