OAO91 (Rev. 12/03) Criminal Complaint

EXHIBIT B

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JESUS M. GONZALEZ
DOB [redacted]

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 1:07 MJ 75A

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about 7/23/2007 (Date) in ______ County, in the ______ District of RHODE ISLAND defendant(s) did,

(Track Statutory Language of Offense)
conspiracy to knowingly and intentionally distribute and possess with intent to distribute a controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846.

I further state that I am a(n) Special Federal Officer, FBI/HIDTA (Official Title) and that this complaint is based on the following facts:

See attached affidavit of Richard Ruggiero, Special Federal Officer, Federal Bureau of Investigation/HIDTA; Providence Police Department.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

RICHARD RUGGIERO, SPECIAL FED. OFFICER
Printed Name of Complainant

Sworn to before me and signed in my presence,

7/23/07 at Providence, Rhode Island
Date / City / State

LINCOLN D. ALMOND, U.S. Magistrate Judge
Name of Judge / Title of Judge

Signature of Judge

**AFFIDAVIT**

I, Richard Ruggiero, being duly deposed, sworn and say:

1. I am a Providence Police Officer and have been so for approximately 13 years. I am a Special Federal Officer (SFO) with the Rhode Island State Police (RISP) and Federal Bureau of Investigation (FBI) High Intensity Drug Trafficking Area (HIDTA) Task Force and have been so assigned for approximately 4 years.

2. I make this affidavit in support of criminal complaints against the following individuals:

a) Jesus M. Gonzalez
DOB[redacted]

b) Kristina LaFrance
a/k/a Anna Ohoban
DOB[redacted]

3. I base this affidavit on my own investigation and information I have received from other FBI agents and Federal Task Force Officers, and members of the Cranston Police Department.

4. On Saturday, July 21, 2007, I received information from a member of the Cranston Police Department who informed me of the following. That a package express delivery service, known as DHL, had received a telephone call from an individual stating that he was the sender of a package with DHL package identification number "65274045244." The DHL office is located in Cranston, Rhode Island. DHL had in their possession a package that listed the sender as, "Exquisite Inc., 8233 Tampa Avenue, Reseda, CA 91335" and the addressee was listed as, "Anna Ohoven, 80 Hawkins Street, 2nd floor Providence, Rhode Island." The caller asked why his package had not been delivered. When he was told that the package was at the Cranston DHL office he stated that someone would pick it up. He later asked if DHL would deliver the package on Monday, July 23, 2007. DHL stated that it would be delivered between 9 a.m. and 11 a.m. on

July 23, 2007.

5. On July 23, 2007, at approximately 10:20 a.m., your affiant, in DHL uniform attempted to deliver the package. Your affiant went to the 2nd floor and knocked but there was no response. A male, later identified as Jesus M. Gonzalez, came up the stairs carrying a bag and I asked if Anna was there. He stated that she was at worked. He opened the 2nd floor apartment and I noticed that it appeared vacant. He stated that Anna was his cousin and he offered to sign for the package. I told him no and he called a woman on his cell phone and spoke to her in Spanish. He then handed me his cell phone and I spoke with a female who said that she was Anna. She agreed to come to the house to pick up that package at 12 noon.

6. Surveillance noted that Gonzalez then drove away and came back with an unidentified male. The unidentified male was driving a red BMW. The unidentified male left in the BMW and Gonzalez left in the Crown Victoria car. Gonzalez then returned driving the Crown Victoria vehicle. A female, later identified as Kristina LaFrance, a/k/a Anna Ohoban, was a passenger. The two individuals entered the 2nd floor apartment. Shortly after, Gonzalez left again and drove approximately one block away where he waited in the Crown Victoria. From where his vehicle was parked he had a view of 80 Hawkins Street.

7. Your affiant then went up to the 2nd floor at approximately 12:10 p.m. and knocked on the apartment door. Kristina LaFrance, a/k/a Anna Ohoban, answered the door and signed for the package after spelling out the last name "Ohoban." She took the package into the apartment.

8. Kristina LaFrance, a/k/a Anna Ohoban, was detained. Kristina LaFrance, a/k/a Anna Ohoban, was *Mirandized.* She agreed to a search of the apartment which revealed a handwritten slip of paper with the DHL package identification number and the name Anna Ohoban with the

address "80 Hawkins Street, apartment 2." There were approximately 15 signatures of that name on the paper, as if someone had practiced the signature. Your affiant noted that the signatures on the paper were the same as the signature on the DHL package. Kristina LaFrance, a/k/a Anna Ohoban, admitted that she had been paid $100 to accept the package. She was found to be in possession of $100 cash. She stated that Jesus Gonzalez is the brother of her boyfriend.

9. Jesus Gonzalez was detained and found to be in possession of a slip of paper with the DHL package identification number in his front pocket.

10. Inside the package your affiant noted 3 smaller packages. Two appeared to be marijuana and field tested positive for marijuana. The approximate weight was 26 lbs. The third package appeared to be cocaine and field tested positive for cocaine. The approximate weight was 1,021 grams. The package contained fabric softener sheets. Your affiant knows that fabric softener sheets are often used by drug traffickers in an attempt to disguise the odor of controlled substances.

11. WHEREFORE, I respectfully submit that there is probable cause to believe that the above-named defendants have violated 21 U.S.C. § 841(a)(1) (Possession With Intent to Distribute Cocaine and Marijuana) and 21 U.S.C. § 846 (Conspiracy to distribute Cocaine).

RICHARD RUGGIERO
Sworn Federal Officer
RISP/FBI HIDTA

Subscribed to and sworn
before me this 23 day of
July, 2007 at Providence, RI

LINCOLN D. ALMOND
U.S. MAGISTRATE JUDGE