UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

8-15-08

Honarable Judge /s/ William E. Smith
United States District Court
Attn. Clerk of Court
One Exchange Place
119 U.S. Courthouse
Providence RI 02903

Jesús M. Gonzalez
#05913-070
Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863

Case # CR-07-106-01S

MOTION TO A HABLAS CORPUS

I Jesús M. Gonzalez Im requesting a Hablas Corpus for my realese of prison based anon accussation withaul not fundament, withaul evidence or probable cause.

A) I just rent this apartment
B) The discovery and the affidavit was adapted to made Mr. Jesús M. Gonzalez fit in
C) Mr. Jesús M. Gonzalez was not at that hause ot the time of arrest (500 hundred feet away)
D) Not other evidence accussed Mr. Jesús M. Gonzalez of a violation to drug.
E) The search in the apartment was ilegal
F) The goverment violated Mr. Jesús M. Gonzalez rights not calling Mr. Jesús M. Gonzalez Miranda rights
G) The goverment is been beseremenatory in the case agin Mr. Jesús M. Gonzalez
H) The police recording tapes is making clear that Mr. Jesús M. Gonzalez dict not kriew abau the package neithen was is

Judith Crowell
Attorney at Law
Sandra R. Beckner
Assistant United States Attorney

Jesús M. Gonzalez
Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863