UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

8-15-08

Honorable Judge /s/ William E. Smith
United States District Court
Attn. Clerk of Court
One Exchange Place
119 U.S. Courthouse
Providence, RI 02903

Jesús M. Gonzalez
#05913-070
Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863

Case #CR-07-106-01S

MOTION TO SUPRESS

I Jesús M. Gonzalez I M Requesting a motion to supress any and every items product of the Police seized from the apartment 80 Hawking st apt#2 Providence based on a complete Violation of the Contitución of America where withaul

Nol Probable cause, not evidence or Jamal Complain the goverment broke into my apartment in dear violation of ortides of the Contitución (Not search warant not Respect for 5th amendment Rights

Where I. Jesús M. Gonzalez I M acussing the goverment of Discriminatory Profily and entrampment

Jesús M. Gonzalez
Jesús M. Gonzalez
Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863

Judith Crowell
Attorney at Law
Sandra R. Beckner
Assistan United States Attorney