UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

8-9-08

Honorable Judge /S/ William E. Smith
United States District Court
ATTN. clerk of Court
One Exchange Place
119 U.S. Courthouse
Providence, RI 02903

Jesús M. Gonzalez
#05913-070
Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863

Case # CR-07-106-01S

STATEMEN

I Jesús M. Gonzalez I dit rent the apartment on Providence aproximately for 3 weeks when on date 7-23-07 a DHL operator tried to push me to keep a unknow and for it as I've recew ed which I affirmatively said not that it may be a mail for my cousin I did not non effort to know whon send or whon would received which the DHL operator call the boss and reply that hi could not leave the package withaut a sing thent I reply to take it back and I tried to contact my cousin so they coulle tolh

I Jesús M. Gonzalez I was en the limonada store drinking a limonade at 12:15 when (4) individuas unidentify push me to the grawn and hand cuff me searching me completely and take me araund 500 hundred feet away to the apartment

Jesús M. Gonzalez
Jesús M. Gonzalez
Donald W. Wyatt Detentión
950 High Street
Central Falls RI 02863

Judith Crowell
Attorney at Law
Sandra R. Beckner
Assistant United States Attorney