Page #1

UNITed STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

8-15-08

Honorable Judge /s/ william E SMITH
UNITEd STATES DISTRICT COURT
ATTN. CLERK OF COURT
ONE EXCHANGE Place
119 U.S. COURThouse
PROVIDENCE RI 02903

JESÚS M. GONZALEZ
#05913-070
DONald. W. WYATT DETENTION
950 High STREET
CENTRal Falls RI 02863

Case #CR-07-106-01S

STATEMENT

I JESÚS M. GONZALEZ I DIT RENT The apARTMENT ON PROVIDENCE aPROXIMaTEly FOR 3 WEEKS WhEN ON DaTE 7-23-07 a DHL OPERATOR TRIEd To Push ME To KEEP a UNKNOW aNd SING FOR IT as I VE RECEW ed Which I aFFIRMaTIVEly Said NoT ThaT IT May Be a Mail FOR MY COUSIN I DIT NOT NON EFFORT To KNOW WhoN SENd OR WhoN Would Received Which The DHL OPERaTOR Call The Boss aNd RePly ThaT hi Could NOT leave The Package WIThauT a SING Then I Reply To Take IT Back aNd aNd I Tried To CONTaCT MY COUSIN So They Coulle Tolh

I JESÚS M. GONZALEZ I was EN The limoNade STORE DRINKING a limoNade aT 12:15 PM When (4) individuas UNidenTIFY Push ME To The gRaWN aNd hand CUFF ME SEaRching ME COMPlETEly aNd Take ME aRauNd 500 hundRed Feet away To The aPaRTMENT

Page # 2

and Take me into The apartment where
I Noticed lafrance was arrested and Pushed me
and Caersed me To Tolk about a Tituation
I did NoT wen unnderTood and also without
Call my Righs miranda searchend me for (2)
second Time completely and withot my consent
Keept manipulating me and Threalment with
my kids and The Time I will espent withol
seT Then
I M also denein The statement That
Detective Timothy G. Sanci saids, Because
officer Ruggiero alleged That "Jesús M. Gonzalez
was expecting a Package, and That I also
offer me To sing a Package I Dont Know
Who is iT may Be my cousin Then I grave
The Phone To speak her To see il she Know
anything
and The Police wire monitoring By SFO SCOTT McKnight
was Record and worn By SFO Ruggiero is my most
clear evidence of not Knowledge of The
situation Between me and That
unknown Package

I Jesús M. Gonzalez also never gove Them
Non authorization To Bring me into my
apartment as The law stablish, also
Police never show a search warrant for my
apartment

Jesús M. Gonzalez

Donald W. Wyatt Detention
950 High Street
Central Falls RI 02863

Judith Crowell
Attorney at Law
Sandra R. Beckner
Assistant United States Attorney