AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

USA

V.

Jesus Gonzalez

**EXHIBIT AND WITNESS LIST**

Case Number: CR07-106S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | Judith Crowell |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/3/2008 | Anne Clayton | Rana Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/3/2008 | | | W-1 Det. Richard F. Ruggiero, sworn |
| 1 | | 9/3/2008 | | Full | Search Warrant and Affidavit |
| 2 | | 9/3/2008 | | Full | Criminal Complaint |
| | | 9/3/2008 | | | W-2 Det. Timothy Sanzi, sworn |
| | | 9/3/2008 | | | W-3 Sgt. Dorian Rave, sworn |
| | | 9/3/2008 | | | W-4 Defendant Jesus Gonzalez, sworn |
| 3 | | 9/3/2008 | | Full | Photocopy of note paper seized from Defendant's pocket, front side |
| 4 | | 9/3/2008 | | Full | Photocopy of note paper seized from Defendant's pocket, back side |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.