AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

USA

V.

Jesus Gonzalez

**EXHIBIT AND WITNESS LIST**

Case Number: CR07-106S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner, AUSA | Judith Crowell |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/8/08, 9/9/08, 9/10/08 | Anne Clayton | Rana Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/8/2008 | | | W-1 Det. Richard Ruggiero, sworn |
| 2C | | 9/8/2008 | ID | FULL | Marijuana sample (boxed) |
| 34 | | 9/8/2008 | | FULL | Photograph - 80 Hawkins Street |
| 8 | | 9/8/2008 | ID | FULL | DHL delivery manifest |
| 7 | | 9/8/2008 | ID | FULL | Notepaper with tracking number and signatures |
| 18 | | 9/8/2008 | ID | FULL | Money wrappers |
| 6 | | 9/8/2008 | ID | FULL | Coffee Grinder |
| 3 | | 9/8/2008 | ID | FULL | Cutting agent |
| 9 | | 9/8/2008 | ID | FULL | Glad sandwich bags |
| 10 | | 9/8/2008 | ID | FULL | Glad sandwich bags |
| 21 | | 9/8/2008 | ID | FULL | Notepaper and address sticker from the pocket of Jesus Gonzalez |
| 33 | | 9/8/2008 | ID | FULL | Keys to 80 Hawkins Street |
| 22 | | 9/8/2008 | ID | FULL | Bank of America receipt wallet |
| 23 | | 9/8/2008 | ID | FULL | Bank of America receipt wallet |
| 42 | | 9/8/2008 | ID | FULL | Bank of America certification for Acct Nos. |
| 42a | | 9/8/2008 | ID | FULL | Checking account statement for Acct. No. |
| 42b | | 9/8/2008 | ID | FULL | Checking account statement for Acct. No. |
| 1 | | 9/8/2008 | ID | FULL | Cocaine from DHL package |
| 2a | | 9/8/2008 | ID | FULL | Marijuana sample |
| 2 | | 9/8/2008 | ID | FULL | Marijuana sample |
| 2b | | 9/8/2008 | ID | FULL | Marijuana sample |
| 29 | | 9/8/2008 | ID | FULL | Registration |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | Jesus Gonzalez | | CASE NO. CR07-106S |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 30 | | 9/8/2008 | ID | FULL | Automobile insurance application |
| 31 | | 9/8/2008 | ID | FULL | Bank of America receipt (Mercedes) |
| 43 | | 9/8/2008 | ID | FULL | Bank of America Acct. Statement (6 pgs.) |
| 32 | | 9/8/2008 | ID | FULL | Kilogram press with paper |
| 59 | | 9/8/2008 | ID | FULL | Photograph of paper |
| 32a | | 9/8/2008 | ID | FULL | Redacted portion of Exhibit 32 |
| 27 | | 9/8/2008 | ID | FULL | C-clamp |
| 24 | | 9/8/2008 | ID | FULL | Electrical outlet press |
| 25 | | 9/8/2008 | ID | FULL | Electrical outlet press |
| 52 | | 9/8/2008 | ID | FULL | Photograph of electrical outlet with residue |
| 26 | | 9/8/2008 | ID | FULL | Wood blocks |
| 28 | | 9/8/2008 | ID | FULL | Mortar |
| 4 | | 9/8/2008 | ID | FULL | Cutting agent |
| 5 | | 9/8/2008 | ID | FULL | Cocaine residue |
| 61 | | 9/8/2008 | | FULL | Stipulation |
| | | 9/8/2008 | | | W-2 Chester Schreib, FBI, sworn |
| | | | | | |
| | | | | | Day 2 |
| | | 9/9/2008 | | | W-3 Christine Chiesa, DEA Chemist, sworn |
| | | 9/9/2008 | | | W-4 Sgt. Paul Saccoccia, sworn |
| 62 | | 9/9/2008 | ID | FULL | Detective police report, redacted |
| | | 9/9/2008 | | | W-5 Deputy John Cinquegrana, U.S. Marshal, sworn |
| 41 | | 9/9/2008 | ID | FULL | Fingerprint card for Jesus M. Gonzalez |
| | | 9/9/2008 | | | W-6 Det. Patricia Cornell, sworn |
| 44 | | 9/9/2008 | ID | FULL | Photograph of evidence for fingerprinting |
| 45 | | 9/9/2008 | ID | FULL | Photograph of latent fingerprint from coffee grinder |
| 46 | | 9/9/2008 | ID | FULL | Chart-latent fingerprint on coffee grinder |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | Jesus Gonzalez | CASE NO. CR07-106S |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 47 | | 9/9/2008 | ID | FULL | Photograph of latent fingerprint on Glad box |
| 48 | | 9/9/2008 | ID | FULL | Chart-latent fingerprint on Glad box |
| 49 | | 9/9/2008 | ID | FULL | Photograph of evidence received on July 31, 2007 |
| 50 | | 9/9/2008 | ID | FULL | Photograph of latent fingerprint on "c" clamp |
| 51 | | 9/9/2008 | ID | FULL | Chart-latent fingerprint on "c" clamp |
| | | 9/9/2008 | | | W-7 Kristina LaFrance, sworn |
| 63 | | 9/9/2008 | ID | | Sealed Document |
| | | | | | |
| | | | | | Day 3 |
| | | 9/10/2008 | | | W-8 Det. Timothy Sanzi, sworn |
| 38 | | 9/10/2008 | ID | FULL | Photograph - 80 Hawkins Street |
| | | 9/10/2008 | | | W-9 Sgt. Dorian Rave, sworn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |