IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-106 S |
| | ) | |
| JESUS GONZALEZ | ) | |

**VERDICT FORM**

1. As to Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute cocaine and marihuana, we the jury find the Defendant, Jesus Gonzalez

✓ GUILTY ______ NOT GUILTY

If guilty, did the conspiracy involve at least 500 grams or more of a mixture and substance containing a detectable amount of cocaine?

✓ YES ______ NO

2. As to Count 2 of the Indictment, knowingly and intentionally possessing with intent to distribute cocaine, we the jury find the Defendant, Jesus Gonzalez

√ GUILTY ______ NOT GUILTY

If guilty, was the amount of the mixture and substance containing a detectable amount of cocaine 500 or more grams?

√ YES ______ NO

3. As to Count 3 of the Indictment, knowingly and intentionally possessing with intent to distribute marihuana, we the jury find the Defendant, Jesus Gonzalez

√ GUILTY ______ NOT GUILTY

______________________
Foreperson