UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

vs. Case No. CR07-106S

Jesus Gonzalez
Defendant.

**EXHIBIT RECEIPT**

**Plaintiff's** Jury Trial Exhibit(s)-

1, 2, 2a, 2b, 2c, 3, 4, and 5

Signature of ~~Attorney~~ AGENT
Date: 9.11.08

David A. DiMarzio, Clerk

Deputy Clerk